**DISMISS and Opinion Filed March 20, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-01284-CV

**FULLCLIP CRAFT DISTRIBUTORS, LLC, Appellant**
**V.**
**THE FOOD HALL COMPANY, LLC AND**
**LEGACY HALL BEVERAGE HOLDING, LLC D/B/A**
**UNLAWFUL ASSEMBLY BREWING COMPANY, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-11639**

## MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Miskel
Opinion by Justice Reichek

Before the Court is appellant's motion to dismiss the appeal because the trial court has granted a new trial. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

231284F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

FULLCLIP CRAFT
DISTRIBUTORS, LLC, Appellant

No. 05-23-01284-CV    V.

THE FOOD HALL COMPANY, LLC
AND LEGACY HALL BEVERAGE
HOLDING, LLC D/B/A
UNLAWFUL ASSEMBLY
BREWING COMPANY, Appellees

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-11639.
Opinion delivered by Justice Reichek.
Justices Carlyle and Miskel
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees THE FOOD HALL COMPANY LLC AND LEGACY HALL BEVERAGE HOLDING, LLC D/B/A UNLAWFUL ASSEMBLY BREWING COMPANY recover their costs of this appeal from appellant FULLCLIP CRAFT DISTRIBUTORS, LLC.

Judgment entered March 20, 2024